# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WALTER E. RAGSDALE, | ) |
| Plaintiff, | ) Case No. CV 03-4716 SVW (AJW) |
| v. | ) [PROPOSED] |
| LOS ANGELES COUNTY, et. al., | ) JUDGMENT |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: March 25, 2008

STEPHEN V. WILSON
United States District Judge

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY